**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JONATHAN A. WARE                                                                                         PLAINTIFF
ADC #653450

V.                                              NO: 5:13CV00115-SWW-HDY

ROGER CAMRON *et al.*                                                                              DEFENDANTS

## **ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's claims against the Arkansas Parole Board are DISMISSED WITH PREJUDICE, and the Arkansas Parole Board is removed as a party Defendant.

IT IS SO ORDERED THIS 18TH DAY OF JUNE, 2013.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE