**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JONATHAN A. WARE                                                                                          PLAINTIFF
ADC #653450

V.                                              NO: 5:13CV00115 SWW

ROGER CAMERON *et al.*                                                                              DEFENDANTS

## **ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.  Plaintiff's motion to voluntarily dismiss his complaint (docket entry #18) is GRANTED, and Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

2.  The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

3.  All pending motions are DENIED AS MOOT.

DATED this 30th day of September, 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE